1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. C. Brandenburg* and *Mr. Harris Richardson* for the petitioner.  *Mr. John I. Dille* for the respondents.

---

No. 973. ALICE STATE BANK ET AL., PETITIONERS, *v.* HOUSTON PASTURE COMPANY.  May 22, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. Henry W. Taft* and *Mr. Walter P. Napier* for the petitioners.  *Mr. William D. Gordon* for the respondent.

---

No. 978. L. T. HAYS, PETITIONER, *v.* THE UNITED STATES.  May 22, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted.  *Mr. Harry O. Glasser* for the petitioner.  No brief for respondent.

---

No. 998. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* INSURANCE COMPANY OF NORTH AMERICA. May 22, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted.  *The Attorney General* and *The Solicitor General* for the petitioner.  *Mr. G. W. Pepper* and *Mr. Bayard Henry* for the respondent.

---

No. 1018. WILLIAM H. MINER, PETITIONER, *v.* THE T. H. SYMINGTON COMPANY.  June 5, 1916.  Petition for a